IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

EUGENE THOMAS,

    Plaintiff,

v.

TODD THOMAS, Warden; Senior Sgt. BOATRIGHT; Unit Manager NELSON, and Counselor STEPHANIE GRAHAM,

    Defendants.

CIVIL ACTION NO.: CV506-072

## ORDER

Plaintiff has filed a Motion seeking an Order compelling Defendant Todd Thomas to produce certain documents for inspection and photocopying. Defendant Thomas has filed a response to Plaintiff's motion to compel and has provided the request, Thomas' initial responses to the discovery, and has supplemented those responses. Defendant's responses, as supplemented, are adequate and responsive. Plaintiff's Motion to Compel is **DENIED**.

**SO ORDERED**, this 16th day of February, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)