IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

EUGENE THOMAS,

    Plaintiff,

v.

TODD THOMAS, Warden; Senior Sgt. BOATRIGHT, and Counselor STEPHANIA GRAHAM,

    Defendants.

CIVIL ACTION NO.: CV506-072

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Motion for Summary Judgment filed by Defendants Thomas and Graham is **GRANTED** in part and **DENIED** in part. Plaintiff's claims against Stephania Graham are **dismissed**. Plaintiff's excessive force claim against Defendant Thomas is also **dismissed**. Plaintiff's retaliation claims against Defendant Thomas remain pending.

SO ORDERED, this 25th day of July, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA